Robert J. ANGLIN, Administrator of the Estate of Susan Elizabeth Hord, Deceased, Appellant,

v.

Joseph C. DOHERTY and Walter Hazlett, Jr.

No. 14097.

United States Court of Appeals Third Circuit.

Submitted on Briefs Jan. 24, 1963.

Decided Jan. 28, 1963.

Louis C. Glasso, Pittsburgh, Pa. (Michael J. Pugliese, Pittsburgh, Pa., on the brief), for appellant.

Bruce R. Martin, Pittsburgh, Pa. (Pringle, Bredin & Martin, Pittsburgh, Pa., on the brief), for appellee, Joseph C. Doherty.

Robert E. Wayman, Pittsburgh, Pa. (Dickie, McCamey, Chilcote & Robinson, Pittsburgh, Pa., on the brief), for appellee, Walter Hazlett, Jr.

Before STALEY and SMITH, Circuit Judges, and SHAW, District Judge.

PER CURIAM.

The sole question presented by this appeal is whether the district court abused its discretion in dismissing this civil action for failure of the plaintiff to appear for trial. We have carefully reviewed the record and have concluded that there was no abuse of discretion by the district court.

The judgment of the district court will be affirmed.

Constance VISCEGLIA, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Joseph VISCEGLIA, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 14087, 14088.

United States Court of Appeals Third Circuit.

Argued Jan. 24, 1963.

Decided Jan. 28, 1963.

Jacob Leo Frank, New York City, for petitioners.

Norman Sepenuk, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Meyer Rothwacks, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before STALEY and SMITH, Circuit Judges, and SHAW, District Judge.

PER CURIAM.

This is a petition for review of a decision of the Tax Court. We have carefully reviewed the record and can find no abuse of discretion on the part of the Tax Court in either its entry of a default judgment in favor of the Commissioner or in its denial of a motion to file, out of time, a motion to vacate the default judgment.

The judgment of the Tax Court will be affirmed.